DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILLIP WENDELL PAIGE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1556

[August 29, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 43-2015CF-00066A and 43-2015-CF-000068A.

Phillip Wendell Paige, Jasper, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and GROSS, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***